

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ROTH ARCHITECTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) 06CV3763 |
| v. | ) JUDGE ST. EVE |
| | ) MAGISTRATE JUDGE BROWN |
| CORNERSTONE ARCHITECTS, LTD.; | ) |
| MICHAEL BAUMSTARK; BRIAN | ) |
| RINGHAM; RAYCORP, INC.; VILLAS AT | ) |
| THE PRESERVE, L.L.C.; and THOMAS | ) |
| RAYBURN, | ) |
| | ) |
| Defendants. | ) |

FILED
JUL 1 2 2006 LAL
JUL 12 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT

Plaintiff Roth Architects, Inc., for its Complaint against Cornerstone Architects, Ltd., Michael Baumstark, Brian Ringham, Raycorp, Inc., Villas at the Preserve, L.L.C., and Thomas Rayburn, states the following:

### PARTIES

1. Roth Architects, Inc. ("Roth") is an architectural firm which creates and licenses architectural designs.

2. Cornerstone Architects, Ltd. ("Cornerstone") is an architectural firm. Michael Baumstark ("Baumstark") and Brian Ringham ("Ringham") are architects who own and operate Cornerstone.

3. Raycorp, Inc. ("Raycorp") is a residential property developer. Villas at the Preserve, L.L.C. ("Villas") is a residential property developer that is a subsidiary or affiliate of Raycorp. Thomas Rayburn ("Rayburn") owns and operates Raycorp and Villas.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction of this case because this action arises under the Federal Copyright Act, 17 U.S.C. § 101 et seq.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b) and § 1400(a) because defendants reside or may be found in this district and a substantial part of events or omissions giving rise to the claim occurred in this district.

## FACTUAL BACKGROUND

6. Roth owns numerous copyrights protecting the architectural works and technical drawings that it creates.

7. One such architectural work is known as Villas at the Preserve (the "Copyrighted Work"). Roth created the Copyrighted Work, and it is an original work of authorship. Roth's copyright in the Copyrighted Work has been registered with the United States Copyright Office under Certificate of Registration VA-1-348-378.

8. Roth created the Copyrighted Work for one of its clients, Burnside Homes, which hoped to eventually construct houses embodying these designs at a particular site that Burnside Homes owned in Yorkville, Illinois (the "Yorkville Site").

9. Roth has not licensed anyone to construct houses based on the Copyrighted Work, or to reproduce or create derivatives of it.

10. Villas is the current owner of the Yorkville Site.

11. Raycorp and Villas are currently marketing and constructing houses at the Yorkville site (the "Accused Houses") that are copies or derivatives of the Copyrighted Work.

12. Cornerstone created the construction drawings (the "Accused Plans") for the Accused Houses. The Accused Plans are copies or derivatives of the Copyrighted Work.

13. The actions of Raycorp, Villas, and Cornerstone are infringing Roth' copyrights. Specifically:

   A. Cornerstone has created the Accused Plans and other drawings that are copies or derivatives of the Copyrighted Work, and such creation violates Roth's exclusive rights to reproduce the Copyrighted Work, and to create derivatives of the Copyrighted Work;

   B. Cornerstone has distributed the Accused Plans and other drawings that are copies or derivatives of the Copyrighted Work, and such creation violates Roth's exclusive rights to distribute the Copyrighted Work, and to distribute derivatives of the Copyrighted Work;

   C. Cornerstone, Raycorp, and Villas have created and/or directed the creation of non-pictorial representations of the Copyrighted Work for use in advertising, promotional, and marketing materials, including but not limited to their advertising activities. Such non-pictorial representations are unlicensed copies or derivatives of the Copyrighted Work, and their creation violates Roth's exclusive rights to reproduce the Copyrighted Work, and to prepare derivative works based on the Copyrighted Work;

   D. Raycorp, Villas, and, on information and belief, Cornerstone have distributed copies of such non-pictorial representations of the Copyrighted Work in advertising activities. Such distribution violates Roth's exclusive right to distribute copies of the Copyrighted Work, to distribute copies of derivatives of the Copyrighted Work, to display the Copyrighted Work publicly, and to display derivatives of the Copyrighted Work publicly;

95632v1—

E. Raycorp and Villas are constructing and marketing the Accused Houses. Such construction violates Roth's exclusive rights to reproduce the Copyrighted Work, and to prepare derivatives of the Copyrighted Work. Such marketing violates Roth's exclusive rights to distribute copies of the Copyrighted Work, and to distribute copies of derivatives of the Copyrighted Work.

F. On information and belief, Raycorp, Villas, and Cornerstone have committed these acts despite having actual knowledge of Roth's copyrights. Such knowledge includes but is not limited to an explicit warning on Roth's drawings that such materials are protected by copyright, that they are not to be reproduced, changed, or copied in any form or manner whatsoever, and that they are not to be assigned to any third party without Roth's advance written permission. Further, Raycorp, Villas, and Cornerstone refused to cease and desist from their infringing activities after being notified of Roth's complaints, and instead chose to continue their piracy. The actions of Raycorp, Villas, and Cornerstone have thus been committed with either actual knowledge or with reckless disregard that their actions constituted copyright infringement, and as such constitute willful copyright infringement.

14. Baumstark and Ringham each have and have had a direct financial interest in Cornerstone's activities, including all of its activities described above.

15. Baumstark and Ringham each have and have had the right or the ability to supervise and control Cornerstone's activities, including all of its activities described above.

16. Rayburn has and has had a direct financial interest in Raycorp's activities, including all of its activities described above.

17. Rayburn has and has had the right or the ability to supervise and control Raycorp's activities, including all of its activities described above.

18. On information and belief, Raycorp has and has had a direct financial interest in Villas' activities, including all of its activities described above.

19. On information and belief, Raycorp has and has had the right or the ability to supervise and control Villas' activities, including all of its activities described above.

20. On June 7, 2006, Roth demanded that Cornerstone and Raycorp cease and desist from the infringement of Roth's copyrights and compensate Roth for the piracy of its intellectual property. Defendants have refused to do so.

## COUNT I:
## COPYRIGHT INFRINGEMENT

21. Roth incorporates paragraphs 1-20 by reference as if fully set forth herein.

22. The creation and distribution of the Accused Plans, the construction and marketing of the Accused Houses, and the creation and distribution of nonpictorial representations of the Copyrighted Work have each infringed Roth's copyrights in the Copyrighted Work.

23. This infringement was committed willfully.

24. Cornerstone, Villas, and Raycorp are jointly and severally liable for Roth's actual damages.

25. Cornerstone, Villas, and Raycorp are also liable to Roth for all profits earned as a result of the infringing acts described above.

26. Alternatively, Cornerstone, Villas, and Raycorp are liable for statutory damages under 17 U.S.C. § 504(c).

95632v1—

27. Cornerstone, Villas, and Raycorp are liable for Roth's reasonable attorneys' fees incurred in this action.

28. On information and belief, with knowledge of Roth's copyrights Raycorp and Villas encouraged, facilitated, caused, materially assisted, materially contributed to, and induced Cornerstone's infringement of Roth's copyrights as detailed above. Raycorp and Villas thus contributorily infringed Roth's copyrights, and are jointly and severally liable for all amounts for which Cornerstone may be found liable.

29. On information and belief, with knowledge of Roth's copyrights Raycorp encouraged, facilitated, caused, materially assisted, materially contributed to, and induced Villas' infringement of Roth's copyrights as detailed above. Raycorp thus contributorily infringed Roth's copyrights, and is jointly and severally liable for all amounts for which Villas may be found liable.

30. On information and belief, with knowledge of Roth's copyrights, Villas encouraged, facilitated, caused, materially assisted, materially contributed to, and induced Raycorp's infringement of Roth's copyrights as detailed above. Villas thus contributorily infringed Roth's copyrights and is jointly and severally liable for all amounts for which Raycorp may be liable.

31. On information and belief, with knowledge of Roth's copyrights Cornerstone encouraged, facilitated, caused, materially assisted, materially contributed to, and induced Raycorp's and Villas' infringement of Roth's copyrights as detailed above. Cornerstone thus contributorily infringed Roth's copyrights, and is jointly and severally liable for all amounts for which Raycorp or Villas may be found liable.

32. Baumstark and Ringham are each vicariously liable for Cornerstone's infringement of Roth's copyrights, and as such each of them are jointly and severally liable for all amounts for which Cornerstone may be found liable.

33. Rayburn is vicariously liable for Raycorp's and Villas' infringement of Roth's copyrights, and as such is jointly and severally liable for all amounts for which Raycorp or Villas may be found liable.

34. Raycorp is vicariously liable for Villas' infringement of Roth's copyrights, and as such is jointly and severally liable for all amounts for which Villas may be found liable.

35. Roth is also entitled to preliminary and permanent injunctions pursuant to 17 U.S.C. § 502 prohibiting defendants from infringing Roth's copyrights, including but not limited to an injunction prohibiting (1) further creation, use, or distribution of copies of the Copyrighted Works or any derivatives thereof, including copies of the Accused Plans and nonpictorial representations of the Accused Houses; (2) construction, marketing, or sale of the Accused Houses; and (3) any other use of any other Roth copyrighted work.

36. Roth is also entitled to a destruction order pursuant to 17 U.S.C. § 503(b) requiring the return or destruction of all copies made or used in violation of Roth's rights.

37. Roth generally avers that all conditions precedent to its rights of recovery have occurred or been performed, or have been waived or excused by defendants.

## JURY DEMAND

38. Roth demands a jury trial on all issues so triable.

WHEREFORE, Roth Architects, Inc. prays that Cornerstone Architects, Ltd., Michael Baumstark, Brian Ringham, Raycorp, Inc., Villas at the Preserve, L.L.C., and Thomas

Rayburn be summoned to appear and answer herein, and that upon trial it have and recover judgment against them:

a. for actual damages pursuant to 17 U.S.C. § 504(b);

b. for disgorgement of infringer profits pursuant to 17 U.S.C. § 504(b);

c. for a constructive trust on defendants' ill-gotten gains;

d. for an award of statutory damages pursuant to 17 U.S.C. § 504(c), enhanced for willfulness;

e. for reasonable attorneys fees incurred herein;

f. for preliminary and permanent injunctions pursuant to 17 U.S.C. § 502;

g. for a destruction order pursuant to 17 U.S.C.§ 503(b);

h. for its costs incurred herein;

i. for prejudgment and postjudgment interest as allowed by law; and

j. for such other and further relief at the Court deems just and reasonable.

Dated: July 12, 2006

Respectfully submitted,

ROTH ARCHITECTS, INC.

By: _____
One of Its Attorneys

John R. McCambridge
Gary M. Miller
Maggie M. Hanel
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195

Of Counsel:

Louis K. Bonham
OSHA & LIANG, LLP
One Houston Center, Suite 2800
1221 McKinney Street
Houston, TX 77010
Phone: (713) 228-8600
Fax: (713) 228-8778